UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>SYNERGY SETTLEMENT SERVICES, INC.; FOUNDATION FOR THOSE WITH SPECIAL NEEDS, INC.; SPECIAL NEEDS LAW FIRM PLLC; JASON D. LAZARUS; and ANTHONY F. PRIETO, JR.,<br><br>  Defendants. | Case No: 6:22-cv-820-WWB-DCI |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel, Vitaliy Kats, of Paul Hastings LLP, moves to withdraw as counsel of record for Defendants. Mr. Kats is amicably departing the law firm of Paul Hastings LLP to serve as an Assistant Federal Defender in the Orlando Division of the Middle District of Florida. Undersigned counsel has conferred with Defendants and with Plaintiffs' counsel, all of whom consent to his withdrawal as counsel. Wherefore, undersigned counsel respectfully requests that the Court enter an order withdrawing undersigned counsel as counsel of record for Plaintiff.

[*Signatures and certifications of counsel on following pages*]

1

| | |
|---|---|
| Dated: March 28, 2024 | */s/ Vitaliy Kats*<br>Bradley J. Bondi (FBN 162396)<br>Vitaliy Kats (FBN 118748)<br>**PAUL HASTINGS LLP**<br>2050 M Street NW<br>Washington, DC 20036<br>(202) 551-1700<br>bradbondi@paulhastings.com<br>vitaliykats@paulhastings.com<br><br>Paul Thanasides (FBN 103039)<br>**MCINTYRE THANASIDES BRINGGOLD ELLIOTT GRIMALDI GUITO & MATTHEWS, P.A.**<br>500 E. Kennedy Blvd Suite 200<br>Tampa, FL 33602<br>(813) 223-0000<br>paul@mcintyrefirm.com |

2

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

I certify that I have conferred with my clients regarding my withdrawal, and they have consented to my withdrawal.

/s/ Vitaliy Kats
Vitaliy Kats

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I have conferred with counsel for all other parties, and they consent to the relief requested in this motion.

/s/ Vitaliy Kats
Vitaliy Kats

## CERTIFICATE OF SERVICE

I certify that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice to all counsel of record.

/s/ Vitaliy Kats
Vitaliy Kats